FILED
NOV 7 19..
CLERK
U.S. DIST. COURT
MIDDLE DIST. OF ALA.
DEPUTY CLERK, BY

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 90-271-N |
| v. | ) | [21 USC 841(a)(1); |
| | ) | 18 USC 924(c)(1)] |
| AL JOSEPH FELDER, SR. | ) | INDICTMENT |

The Grand Jury charges:

### COUNT I

That on or about the 12th day of October, 1990, in Montgomery, within the Middle District of Alabama, the defendant,

AL JOSEPH FELDER, SR.,

did knowingly and intentionally possess with intent to distribute approximately 51.4 grams of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT II

That on or about the 12th day of October, 1990, in Montgomery, within the Middle District of Alabama, the defendant,

AL JOSEPH FELDER, SR.,

did knowingly and intentionally possess with intent to distribute approximately 320.0 grams of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

31

## COUNT III

That on or about the 12th day of October, 1990, in Montgomery, within the Middle District of Alabama, the defendant,

AL JOSEPH FELDER, SR.,

did unlawfully and knowingly use and carry firearms, that is; a 357 caliber Ruger revolver, Serial Number 154-54221, and a Revelation 16 gauge pump shotgun, Serial Number unknown by the Grand Jury, during and in relation to the commission of the offenses of possession with intent to distribute cocaine base and cocaine, drug trafficking crimes prosecutable in a court of the United States, in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL:

*Bobby P Bowman*
Foreperson

*James Eldon Wilson*
JAMES ELDON WILSON
United States Attorney

*Rachel V Lee*
RACHEL V. LEE
Assistant U. S. Attorney