IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:90cr271-MHT |
| AL JOSEPH FELDER, SR., | ) | |

### ORDER

Upon consideration of the motion of defendant Al Joseph Felder, Sr.'s motion to dismiss indictment (doc. no. 172), it is ORDERED as follows:

(1) To the extent defendant Felder seeks direct dismissal of the indictment in this criminal case, the motion is denied.

(2) To the extent defendant Felder seeks to pursue § 2255 relief, the motion is denied without prejudice to the pursuit of such in his already on-going § 2255 case, civil action no. 2:03cv1206-MHT.

(3) To the extent defendant Felder objects to referral of his § 2255 motion to Magistrate Judge Charles S. Coody, the motion is denied.

(4) To the extent defendant Felder seeks any other relief or makes any other objections, the motion is denied.

DONE, this the 25th day of April, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE