# CRIMINAL DOCKET - U.S. District Court

**Nov.**

| | | | | |
|---|---|---|---|---|
| PO | 1127 2 | 2706 | JUVENILE | (LAST, FIRST, MIDDLE) |
| Misd. ☐ | | Disp 2706 | ALIAS | FELDER, AL JOSEPH |
| Felony ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD |

**Case Filed:** Mo. 11 / Day 07 / Yr. 90
**NORTHERN DIVISION**
**Docket No.** 90-00271-01
**Def.** 
No. of Def's: 1
**U.S. MAG. CASE NO.** 90-136M-01

TRIAL TERM: Alabama

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY NOLO |
|---|---|---|---|---|
| 21/841(a)(1) | Possession with intent to distribute a Schedule II controlled substance-cocaine base (Ct. 1) | 1 | | X |
| 21/841(a)(1) | Possession with intent to distribute a Schedule II controlled substance-cocaine (Ct. 2) | 1 | | X |
| 18/924(c)(1) | Possession and use of a firearm in the commission of a drug trafficking crime (Ct. 3) | 1 | | X |

SUPERSEDING COUNTS

## II. KEY DATE

**INTERVAL ONE** — KEY DATE: **10-12-90** EARLIEST OF: ☒ arrest, ☐ sum'ns, ☐ custody, ☐ appears-on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)** — KEY DATE: **11-7-90** APPLICABLE: ☒ Indictment filed/unsealed, ☐ consent to Magr. trial on complaint, ☐ Information, ☐ Felony-W/waiver

**KEY DATE** — a) ☐ 1st appears on pending charge /R40, b) ☐ Receive file R20/21, c) ☐ Supsdg: ☐ Ind't ☐ Inf, d) ☐ Order New trial, e) ☐ Remand, f) ☐ G/P Withdrawn

**END INTERVAL TWO** — KEY DATE: **1-7-91** APPLICABLE: ☐ Dismissal, ☐ Pled guilty (After N.G.), ☐ Nolo (After nolo), ☒ Trial (voir dire) began, ☒ Jury, ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT 11-20-90 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 1-18-91 | SENTENCE DATE 4-19-91 | PTD Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion |

## III. MAGISTRATE

| | Issued | DATE | INITIAL/NO. | | | | |
|---|---|---|---|---|---|---|---|
| Search Warrant | Issued / Return | | | INITIAL APPEARANCE DATE ▶ 10-12-90 | | INITIAL/NO. 27BB | OUTCOME: ☐ DISMISSED ☒ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ 10-15-90 / Date Held ▶ 10-15-90 | 27BC | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | 10-12-90 | 27BB | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | |
| COMPLAINT ▶ | | 10-12-90 | 27BB | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest 10-12-90 | OFFENSE (In Complaint): Possessing and intent to distribute cocaine and cocaine base. | | | | | | 91-2342 |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE: ☐ 20 ☐ 21 ☐ 40 ● In ☐ Out
BAIL ● RELEASE

## IV. ATTORNEYS

**U.S. Attorney or Asst.**
James E. Wilson, U.S. Attorney
Rachel V. Lee, Asst. U.S. Attorney

Defense: 1 ☐ CJA   2 ☒ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non/Other.   6 ☐ PD.   7 ☐ CD

~~Michael McDuffie~~
~~449 S. McDonough St.~~
~~Montgomery, AL 36104~~
~~(205) 265-3540~~
~~Per 10/19/90 oral notice~~
~~Susan G. James~~
~~Jeffery C. Duffey~~
~~600 S. McDonough St.~~
~~P.O. Box 198~~
~~Montgomery, Alabama 36101-0198~~
~~Ph: 205-269-3330~~

**Defendant's address:**

Reg. No. 08267-002
FPC
Box PMB
Atlanta, GA   30315

### PRE-INDICTMENT
Release Date: 
☐ Bail Denied   ☐ Fugitive   ☐ Pers. Rec.   ☐ PSA
AMOUNT SET $
Date Set
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
☐ Bail Not Made   Date Bond Made

### POST-INDICTMENT
Release Date:
☐ Bail Denied   ☐ Fugitive   ☐ Pers. Rec.   ☐ PSA
AMOUNT SET $
Date Set
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
☐ Bail Not Made   Date Bond Made

☒ Docket Entries Begin On Reverse Side

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO. | Yr. 90 | Docket No. 00271 | Def. 01 | | | |
|---|---|---|---|---|---|---|
| | | | | MASTER DOCKET - MULTIPLE DEFENDANT CASE | PAGE 1 OF | |
| | Al Joseph Felder | | | X PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | |

**V. PROCEEDINGS**

| Date | # | Proceeding |
|---|---|---|
| 10-12-90 | 1 | Complaint filed. |
| 10-12-90 | 2 | Warrant issued. |
| 10-12-90 | 3 | Government's motion for detention. |
| 10-12-90 | 4 | Courtroom deputy's minutes. |
| 10-12-90 | 5 | Warrant returned and filed. |
| 10-12-90 | 6 | Order of temporary detention pending hearing set for 10-15-90. |
| 10-15-90 | | DETENTION HEARING AND PRELIMINARY HEARING. |
| 10-15-90 | 7 | CJA 23. |
| 10-15-90 | 8 | CJA 20. |
| 10-15-90 | 9 | Order of detention pending trial. |
| 10-15-90 | 10 | Order that defendant be held to answer the charges against him in this court. |
| 10-16-90 | | File to clerk's office. |
| 10-19-90 | 11 | Hon. Michael H. McDuffie's notice of appearance as counsel for defendant in all further proceedings in this case. |
| 10-19-90 | 12 | Defendant's motion to set bail bond and/or bond hearing. Referred to Magistrate Coody. |
| 10-22-90 | 13 | Defendant's motion to reveal the deal. Referred to Magistrate Coody.  **DENIED 12-14-90.** |
| 10-22-90 | 14 | Defendant's motion for preliminary hearing. Referred to Magistrate Coody.  **DENIED 12-13-90.** |
| 10-22-90 | 15 | Defendant's motion to reveal name of informant. Referred to Magistrate Coody.  **DENIED 12-14-90.** |
| 10-22-90 | 16 | Magistrate Coody's **ORDER** setting a hearing on defendant's motion to set bail bond for 2:00 p.m., 10-24-90 in the third floor courtroom, U.S. Courthouse & Federal Bldg., Montgomery; ORDERED that the U.S. Marshal produce the defendant at the hearing described above. (Copies mailed to counsel; furnished: USA, USM, USPO.) |
| 10-22-90 | 17 | Defendant's motion for discovery. Referred to Magistrate Coody.  **DENIED 12-13-90.** |
| 10-23-90 | 18 | Defendant's motion for discovery of exculpatory material. Referred to Magistrate Coody.  **DENIED 12-13-90.** |
| 10-23-90 | 18 | Defendant's motion to provide defense counsel opportunity to challenge array of grand jury. Referrred to Magistrate Coody.  **DENIED 12-13-90.** |

CONTINUED TO PAGE

| | UNITED STATES DISTRICT COURT | | 00271-01 |
|---|---|---|---|
| | CRIMINAL DOCKET  U.S. vs  FELDER, AL JOSEPH | | 90 |
| AO 256A | | | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 10-24-90 | 20  Magistrate Coody's **ORDER** denying defendant's motion for bond; denying defendant's motion for a preliminary hearing as moot. (Copies mailed to counsel; furnished: USA, USM, USPO) | | | | |
| 10-24-90 | 21  Hon. Billy F. Foxworth's motion to withdraw as counsel. Referred to Magistrate Coody. | | | | |
| 10-25-90 | 22  Defendant's motion to require government to admit or deny use of electronic surveillance and to specify type of equipment used. Referred to Magistrate Coody. **MOTION GRANTED** 10-25-90. (Copies mailed to counsel; furnished: USA, USM, USPO) **DENIED 12-13-90.** | | | | |
| 10-26-90 | 23  Defendant's motion for continuing discovery. **DENIED 12-13-90.** | | | | |
| 10-26-90 | 24  Defendant's motion to reveal names and organizations of case agent and other agents connected with case. **DENIED 12-14-90.** | | | | |
| 10-26-90 | 25  Defendant's motion to produce grand jury transcript and grand jury information when it becomes available. | | | | |
| 10-26-90 | 26  Government's response to defendant's motion to provide to provide defense counsel opportunity to challenge array of grand jury. | | | | |
| 10-31-90 | 27  Defendant's motion to compel government to provide defense counsel the opportunity to challenge the array of the grand jury. Referred to Judge Thompson. | • | | | |
| 11-5-90 | 28  **ORDER** denying defendant's motion to compel the Government to provide counsel with the opportunity to challenge the array of the Grand Jury, as not timely at this time. (Copy mail. counsel; furn. USA,USPO,USM.) | | | | |
| 11-5-90 | 29  Defendant's motion to reveal informant's "other cases" **DENIED 12-14-90.** | | | | |
| 11-7-90 | 30  Defendant's motion to reveal independently corroborated details of information provided by informant to law enforcement officials. Referred to Judge Thompson. **DENIED 12-14-90.** | | | | |
| 11-7-90 | 31  Indictment filed. | | | | |
| 11-8-90 | 32  Summons issued for defendant's appearance at arraignment set for 11-20-90 at 10 a.m. | | | | |
| 11-9-90 | 33  **ORDER** setting a hearing on all pending motions at 2:00 p.m., 11-28-90 in the second floor courtroom, U.S. Courthouse and Federal Building, Montgomery, AL. (Copies mailed to counsel) | | | | |

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET  
AO 256A    FELDER, AL JOSEPH, SR.    Page 3    NORTHERN DIVISION  
90-00271-01

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|------|----------------------------------------|:---:|:---:|:---:|:---:|
| | | (a) | (b) | (c) | (d) |
| 11-13-90 | 34  ARRAIGNMENT **NOTICE**  (11-20-90 at 10 a.m., 2nd floor). | | | | |
| 11-14-90 | 35  Marshal's return on execution of summons 11-9-90. | | | | |
| 11-20-90 | **ARRAIGNMENT** before Judge Varner.  Defendant appeared with Atty. McDuffie and pleaded not guilty. Case set for 1-7-91 term before Judge Thompson.  Defendant remanded to Marshal's custody. | | | | |
| 11-20-90 | Defendant files the following:<br>36  Motion for early disclosure of all Jencks Act Material.  **DENIED 12-13-90.**<br>37  Motion for production of favorable evidence. **DENIED 12-13-90.**<br>38  Motion for discovery and inspection.  **DENIED 12-13-90.**<br>39  Motion to produce exculpatory evidence.  **DENIED 12-13-90.**<br>     ***Above referred to Judge Thompson*** | | | | |
| 11-21-90 | Defendant files the following:<br>40  Motion to dismiss Indictment due to improper array and qualifications of Grand Jury.<br>41  Motion to dismiss Indictment on the grounds of multiplicity.<br>42  Motion for leave to file additional motions. **DENIED 12-13-90.**<br>     ***Above referred to Judge Thompson*** | | | | |
| 11-27-90 | Government files the following responses:<br>43  Response to motion to reveal the deal.<br>44  Response to motion to reveal name of informant.<br>45  Response to motion requiring government to admit or deny use of electronic surveillance, etc.<br>46  Response to motion to dismiss Indictment due to improper array and qualifications of Grand Jury.<br>47  Response to motion for discovery.<br>48  Response to motion for continuing discovery.<br>49  Response to motion to reveal details of information provided by informant to law enforcement officials.<br>50  Response to motion to reveal informant's "other cases".<br>51  Response to motion to produce Grand Jury transcript, etc.<br>52  Response to motion to reveal names and organizations of case agent, etc.<br>     ***Above responses referred to Judge Thompson*** | | | | |
| 11-28-90 | Government files the following responses:<br>53  Response to motion for production of favorable evidence.<br>54  Response to motion to produce exculpatory evidence.<br>55  Response to motion to dismiss Indictment on grounds of multiplicity.<br>56  Response to motion for early disclosure of all Jencks Act material.<br>     ***Above responses referred to Judge Thompson*** | | | | |
| 11-28-90 | 57  Government's Information to establish prior conviction. Referred to Judge Thompson. | | | | |
| 11-28-90 | 58  **Trial notice** (1-7-91 at 10 a.m.) | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U.S. vs AL JOSEPH FELDER

AO 256A

NORTHERN DIVISION
90-00271-01

| DATE | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 11-29-90 | 59 **ORDER** setting all pending motions and requests and any additional motion(s) for a hearing on 12/11/90 at 2:00 p.m., 2nd floor courtroom, Federal Courthouse, Montgomery. (Copy mail. counsel; furn. USA,USPO,USM.) | |
| 12-6-90 | 60 Defendant's motion to suppress. Referred to Judge Thompson. | |
| 12-10-90 | 61 Defendant's **motion** to suppress due to failure to "knock and announce". Referred to Judge Thompson. | |
| 12-12-90 | 62 **ORDER** denying defendant's motion to dismiss the Indictment on grounds of multiplicity and of the improper array and qualifications of the grand jury. (Copy mailed to counsel; furn. U.S. Attorney.) | |
| 12-12-90 | 63 **ORDER** denying defendant's motion to produce the grand jury transcript and grand jury information when it becomes available. (Copy mailed to counsel; furn. to U.S. Attorney.) | |
| 12-13-90 | 64 **ORDER** denying the following motions filed by defendant for the reasons set out in order: motion to produce exculpatory evidence filed 11-20-90; motion for discovery and inspeciton filed on 11-20-90; motion for production of favorable evidence filed 11-20-90; motion for continuing discovery filed 10-26-90; motion requiring government to admit or deny use of electronic surveillance, etc., filed 10-25-90; motion for discovery of exculpatory materials filed 10-23-90; motion for discovery filed 10-22-90; motion for leave to file additional motions filed 11-21-90; motion to provide defense counsel opportunity to challenge array of grand jury filed 10-23-90; motion for preliminary hearing filed 10-22-90; and motion for early disclosure of all Jencks Act materials filed 11-20-90. (Copies furnished USA, USM & PO; mailed to counsel.) EOD 12-14-90. | |
| 12-14-90 | 65 **ORDER** denying the following motions filed by defendant: motion to reveal the name of informant filed 10-22-90; motion to reveal the deal filed 10-22-90; motion to reveal the informant's "other cases" filed 11-5-90; motion to reveal independently corroborated details of information provided by informant to law enforcement officials filed 11-7-90; motion to reveal names and organizations of case agent and other agents connected with case filed 10-26-90. (Copies mailed to counsel; furnished USA,USM and PO.) EOD 12-14-90. | |
| 12-18-90 | 66 Defendant's memorandum in support of motion to suppress. Referred to Judge Thompson. | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 12-20-90 | 67 Government's response to defendant's motion to suppress based on search warrant issue. Referred to Judge Thompson. | |
| 12-20-90 | 68 **ORDER** denying defendant's motions to suppress. (Copy mail. counsel; furn. USA,USPO,USM.) | |
| 12-27-90 | 69 Defendant's motion for a continuance of trial. Referred to Judge Thompson. | |
| 12-31-90 | 70 Government's response to defendant's motion for a continuance. Referred to Judge Thompson. | |
| 1-2-91 | 71 Government's requested voir dire questions. | |
| 1-2-91 | 72 Government's requested jury instructions. | |
| 1-2-91 | 73 **ORDER** setting jury selection for 1/7/91 at 10:00 a.m., and trial for 9:00 a.m., 1/17/91 in the 2nd floor courtroom, Federal Courthouse, Montgomery, Alabama. (Copy mailed to counsel; furn. USA,USPO,USM.) | |
| 1-7-91 | 74 Defendant's voir dire questions. | |
| 1-9-91 | 75 Defendant's motion to continue. Referred to Judge Thompson. | |
| 1-10-91 | 76 Government's response to motion to continue. Referred to Judge Thompson. | |
| 1-11-91 | 77 **ORDER** denying defendant's motion to continue. (Copies mailed to counsel; furnished to USA, USPO & USM.) | |
| 1-11-91 | 78 Defendant's motion to compel production and discovery. Referred to Judge Thompson. | |
| 1-14-91 | 79 **ORDER** setting defendant's 1-11-91 motion to compel for a HEARING on **1-15-91** at **3:00 p.m.**, 2nd floor courtroom. (Copies furnished USA, USM & PO; mailed to counsel; counsel called by phone.) EOD 1-14-91. | |
| 1-15-91 | 80 Defendant's motion to suppress. Referred to Judge Thompson. | |
| 1-15-91 | 81 **ORDER** setting motion to suppress for a hearing on 1/15/91 at 3:00 p.m.; directing Clerk to notify counsel by phone. (Copy mail. counsel; furn. USA,USPO,USM.) | |
| 1-15-91 | Hearing on defendant's motion to suppress. | |
| 1-15-91 | 82 Courtroom Deputy's minutes of proceedings. | |
| 1-15-91 | 83 Transcript of detention hearing/testimony or Officer Henry C. Forte'. | |
| 1-16-91 | 84 **ORDER** DENYING defendant's motion to compel and to suppress. (Copy mail. counsel; furn. USA.) | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET   U. S. vs AL JOSEPH FELDER, SR.

NORTHERN DIVI  
90-271-N

AO 256A

P6

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DE (a) | (b) | (c) |
|---|---|---|---|---|
| 1-15-91 | 85  Defendant's petition for writ of habeas corpus ad testificandum. Referred to Judge Thompson. | | | |
| 1-16-91 | 85A Court Reporter's transcript of testimony of H.C. Forte. | | | |
| 1-16-91 | 86  Defendant's petition for writ of habeas corpus ad testificandum. Referred to Judge Thompson. | | | |
| 1-16-91 | 87  Defendant's motion to continue. (Exhibit attached.) Referred to Judge Thompson. | | | |
| 1-16-91 | 88  **ORDER** granting petitions for writ of habeas corpus ad testificandum filed January 15 and 16, 1991, by the defendant.  (Copies furnished USM & mailed to counsel for defendant.)   EOD 1-16-91. | | | |
| 1-16-91 | 89  **Writ** issued to Montgomery County Jail for Steve Reader to testify for defendant 1-17-91 at 9 a.m. | | | |
| 1-16-91 | 90  **Writ** issued to Montgomery City Jail for Robert Moore to testify for defendant 1-17-91 at 9 a.m. | | | |
| 1-16-91 | 91  Government's motion in limine. Referred to Judge Thompson. | | | |
| 1-16-91 | 92  Government's requested supplemental jury instructions. | | | |
| 1-17-91 ** | 91A Question submitted by defense counsel for interview. | | | |
| 1-17-91 | 93  Defendant's response to the Government's motion in limine. Referred to Judge Thompson. | | | |
| 1-17-91 | **  In-Camera proceeding held. **Document placed under SEAL. | | | |
| 1-17-91 | 94  Defendant's jury instructions 1 thru 9. | | | |
| 1-18-91 | 95  **ORDER** denying defendant's motion to continue. (Copy mail. counsel; furn. USA.) | | | |
| 1-18-91 | 96  Motion in limine filed in open court. - **DENIED**. | | | |
| 1-18-91 | 97  Jury trial commenced. Jury verdict of **GUILTY**. | | | |
| 1-18-91 | 98  Motion for judgment of acquittal filed by defendant at the close of all the evidence - **DENIED**. | | | |
| 1-22-91 | 99  Courtroom Clerk's minutes of trial proceedings. Witness and exhibit lists attached.[Doc. SEALED from In-Camera proceeding.] | | | |
| 1-22-91 | 100 Defendant's renewed motion for judgment of acquittal. Referred to Judge Thompson. | | | |
| 1-22-91 | 101 Defendant's motion for a new trial. Referred to Judge Thompson. | | | |
| 1-23-91 | 102 **ORDER** setting defendant's motion for a new trial and renewed motion for judgment of acquittal, for submission on 2/8/91, with defendant's brief due by 1/30/91 and the Government's due by 2/8/91. (Copy mail. counsel; furn. USA.) | | | |

Interval (per Section II)  Start Date / End Date  Ltr Cod

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1-31-91 | 103 Notice of appearance of Susan G. James and Jeffery C. Duffey as counsel for defendant. | | | | |
| 1-31-91 | 104 **ORDER** resetting defendant's motion for a new trial and renewed motion for judgment of acquittal, for submission, without oral argument, on 2/15/91, with the defendant's brief due by 2/6/91 and the Government's brief due by 2/15/91. (Copy mailed to counsel; furn. USA.) | | | | |
| 2-6-91 | 105 Defendant's motion and memorandum of law requesting leave of court to file a supplement to timely-filed motion for new trial filed on 1-22-91, based on newly discovered evidence or, in the alternative, for an evidentiary hearing (Exhibits A through D attached). Referred to Judge Thompson | | | | |
| 2-7-91 | 106 Defendant's motion to order production of prosecutive report prepared by Ned Hersman, Investigator, in conjunction with James H. Evans, District Attorney, Montgomery County, Alabama, regarding audit of the Montgomery Police Department Narcotics Unit. Referred to Judge Thompson. | | | | |
| 2-8-91 | 107 **ORDER** setting motion requesting leave to file a supplement, etc., for submission, without oral argument, on 2/15/91, with all briefs due by said date. (Copy mail. counsel; furn. USA.) | | | | |
| 2-8-91 | 108 **ORDER** setting motion to order production of prosecutive report, etc., for submission, without oral argument on 2/15/91, with all briefs due by said date. (Copy mail. counsel; furn. USA.) | | | | |
| 2-15-91 | 109 Government's response to defendant's motion for a new trial. Referred to Judge Thompson. | | | | |
| 2-15-91 | 110 Government's response to defendant's renewed motion for judgment of acquittal. Referred to Judge Thompson. | | | | |
| 3-14-91 | 111 Sentencing letter from probation. | | | | |
| 4-15-91 | 112 **ORDER** granting defendant's motion to supplement new trial motion; denying motion for a new trial; denying leave to supplement new trial motion based on newly discovered evidence or, in the alternative, for an evidentiary hearing; denying renewed motion for judgment of acquittal; denying motion to order production of prosecutive report. (Copies mailed counsel; furn. USA,USPO,USM.) EOD 4/15/91 | | | | |
| 4-16-91 | 113 Government's supplemental information to establish prior conviction (with attachment). Referred to Judge Thompson. | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| DATE | PROCEEDINGS (continued) | V. EXCL |
|---|---|---|
| | (Document No.) | (a) |
| 4-18-91 | 114  Defendant's opposition to sentencing enhancement pursuant to 28 USC 851. Referred to Judge Thompson. | |
| 4-18-91 | 115  Defendant's brief in support of defendant's opposition to a sentencing enhancement. Referred to Judge Thompson. | |
| 4-19-91 | 116  **ORDER** placing the defendant's pre-sentence report under seal and if an appeal is taken, allowing counsel access to same. (Copy mail. counsel; furn. USA.) | |
| 4-19-91 | 116A  **Pre-sentence report**. (SEALED in vault.) | |
| 4-19-91 | 117  **SENTENCE:** JUDGMENT ORDER committing the defendant to the custody of the U.S. Bureau of Prisons for imprisonment for a term of **196 months**. This term consists of terms of 136 months on count 1 and 136 months on count 2 and 60 months on count 3. The term in count two is to be served concurrently to the term in count one and the term in count three is to be served consecutively to the terms on counts one and two.  The defendant is to stand committed for service of this sentence this date. Upon release, defendant shall be on supervised release for five years on count one and three years on count two and three years on count three, all such terms to run concurrently. (Copy mailed counsel;deft.; furn. USA,USPO,USM.) EOD 4/19/91 | |
| 4-29-91 | 118  Defendant's **Notice of Apppeal** to the u. S. Court of Appeals, Eleventh Circuit from the order entered 4-19-91.  (Copies mailed to Susan G. JAmes & Jeffery C. Duffey with appeal information sheet; furnished Rachel V. Lee, AUSA; USM; USPO; Denise Gordon, Court Reporter; and certified copies to USCA, Eleventh Circuit with copies of order appealed from and docket entries.) | |
| 4-29-91 | Received check in the amount of $105.00 (Receipt #40402) from Susan G. James for payment of notice of appeal. | |
| 8-16-91 | Court Reporter Denise Gordon's official transcript (1 volume) of hearing on all pending motions held December 11, 1991 before Judge Myron H. Thompson, Montgomery, AL. | |
| 8-16-91 | Court Reporter Denise Gordon's official transcript (1 volume) of hearing on motion to compel and motion to suppress held January 15, 1991 before Judge Myron Thompson, Montgomery, AL. | |
| 8-16-91 | Court Reporter Denise Gordon's official transcript (2 volumes) of jury trial held January 17-18, 1991 before Judge Myron Thompson, Montgomery, AL. | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 8-16-91 | | Court Reporter Denise Gordon's official transcript (1 volume) of sentencing hearing held April 19, 1991 before Judge Myron H. Thompson, Montgomery, AL. | | | | |
| 8-16-91 | | Copies of transcripts (5 volumes) mailed CMRRR to Susan James. | | | | |
| 8-21-91 | 119 | Return receipt showing service of transcripts on Channing Gardner on 8-20-91 for Susan James | | | | |
| 8-29-91 | | Certificate of Readiness of Record on Appeal mailed to U. S. Court of Appeals, Eleventh Circuit. | | | | |
| 9-10-91 | | Certificate of Readiness of First Supplement to Record on Appeal mailed to USCA, Eleventh Circuit and counsel. | | | | |
| 12-16-91 | | Entire Record on Appeal and First Supplement to Record on Appeal (2 volumes pleadings, 7 volumes transcripts, 2 envelopes exhibits) picked up by UPS for delivery to USCA, Eleventh Circuit. | | | | |
| 1992 | | | | | | |
| Mar. 30 | | Received copy of PER CURIAM (entered 3/26/29) of the U. S. Court of Appeals, Eleventh Circuit AFFIRMING (See Rule 36-1) the district court. | | | | |
| Jul 6 | 120 | PER CURIAM (judgment entered 3/26/92, issued as mandate 7/2/92) of the U. S. Court of Appeals, Eleventh Circuit AFFIRMING (See 11th Cir. Rule 36-1) the district court. | | | | |
| 6 | | Entire Court file (2 volumes pleadings, 7 volumes transcripts and 2 envelopes exhibits) returned by USCA, Eleventh Circuit. | | | | |
| 7-20-92 | 121 | ORDER that the service of the sentence imposed upon defendant on 4/19/91, be continued in full force and effect. (Copy mailed to counsel; furnished: USA, USM, USPO). | | | | |
| 11-23-92 | 122 | ORDER (entered 11/19/92) of the U. S. Court of Appeals, Eleventh Circuit ABATING further proceedings in this appeal and DIRECTING the district court to conduct an in camera evidentiary hearing to determine whether appeallant is indigent and financially unable to retain counsel for his appeal. The district court shall submit its findings of fact and conclusions of law and a copy of the transcript of the in camera proceedings. Referred to Judge Thompson. | | | | |

Interval (per Section II) | Start Date End Date | Ltr Code | Total Days

**UNITED STATES DISTRICT COURT** — NORTHERN DIVISION
**CRIMINAL DOCKET** \ U.S. vs

FELDER, AL JOSEPH

AO 256A

90-00271-01
Yr. | Docket No. | Def.

P10

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 11-24-92 | 123  ORDER that a hearing is set for **December 21, 1992**, at **9:00 a.m.** in the second floor courtroom of the Frank M. Johnson, Jr., Federal Building and U.S. Courthouse in Montgomery, AL; that the government is DIRECTED to arrange for the presence of defendant Al Joseph Felder at said hearing. (Copy to counsel; furnished: USA, USM, USPO). | |
| 1-6-93 | 124  ORDER that the clerk of the court shall arrange that the following be done no later than January 25, 1993: (1) a transcription of the hearing held December 21, 1992; and (2) filing of the transcript. (Copies mailed to counsel, furnished USA, USM & USPO.) | |
| 1-15-93 | 125  Defendant's **motion** to produce transcript of hearing, with Forma Pauperis Declaration attached. Referred to Judge Thompson. | |
| 1-21-93 | 126  ORDER denying defendant's motion to produce transcript, filed on 1/15/93. (Copy mailed to: defendant; furnished: USA, USM, USPO & Tim). EOD: 1/21/93. | |
| 2-2-93 | 127  Defendant's **Notice of Appeal** to the U.S. Court of Appeals, Eleventh Circuit from the order entered 1-21-93. (Copies mailed to defendant with appeal information sheet; Susan James & Jeffery Duffey; furnished USA, USPO; Denise Gordon; and certified copies to USCA, Eleventh Circuit with copies of order appealed from and docket entries.) | |
| 2-4-93 | Court Reporter Denise Gordon's official transcript (1 volume) of December 21, 1992 hearing on appellant's ability to retain counsel before Judge Thompson, Montgomery, AL. **(SEALED & PLACED IN VAULT)**. | |
| 2-8-93 | 128  MEMORANDUM OPINION | |
| 2-8-93 | 129  ORDER that the clerk of the court shall transmit to the Eleventh Circuit Court of Appeals the following: (1) a copy of the memorandum opinion entered this date; (2) the transcript of the hearing held on December 21, 1992; it is further ORDERED that the clerk of the court shall transmit a copy of the transcript of said hearing to the denfendant. (Copies mailed to defendant, counsel and USCA, 11th Circuit.) | |
| 2-8-93 | 130  ORDER, JUDGMENT and DECREE denying the motion to proceed in forma pauperis on appeal; and denying the motion for certificate of probable cause. (Copies mailed to defendant, counsel and USCA, Eleventh Cir.) | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued) P11 | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| 2-8-93 | | Copies of orders (3) and copy of transcript mailed CMRRR to defendant. | |
| 2-8-93 | 131 | Defendant's motion to amend notice of appeal with attachments. Referred to Judge Thompson. | |
| 2-11-93 | 132 | Return receipt showing service of transcripts on (signature illegible) on 2/9/93 for Al Felder. | |
| 5-17-93 | | Received copy of Order (entered 5/13/93) by USCA, Eleventh Circuit GRANTING retained counsel Susan James, to withdraw as counsel; GRANTING appellant's motion to proceed in forma pauperis. | |
| 5-21-93 | | Record on Appeal (1 volume transcript) returned by USCA, Eleventh Circuit. | |
| 8-26-93 | 133 | Appellant's motion to obtain trial and court records. Referred to Judge Thompson. MOTION DENIED 8/31/93. | |
| 8-26-93 | 133 | Appellant's motion to proceed on appeal in forma pauperis. Referred to Judge Thompson. MOTION DENIED 8/31/93. | |
| 8-31-93 | 134 | Order denying the motion to obtain trial court records; denying motion to proceed on appeal in forma pauperis. (Copies mailed to Al Joseph Felder, USCA; furnished: USA.) | |
| 11-4-93 | | Received copy of ORDER (entered 10/15/93) by the U.S. Supreme Court denying the petition for writ of certiorari to the U.S. Court of Appeals. (91-7348) | |
| 9-14-92 | | Received $25.00 partial assessment fee through BOP. | |
| 6-6-94 | 135 | Government's motion for release of evidence. Referred to Judge Thompson. GRANTED 6-8-94. | |
| 6-8-94 | 136 | ORDER granting government's 6-6-94 miton for release of evidence. (Copies mailed to defendant; furnished: USA) | |
| 9-12-94 | | Received $25.00 partial assessment fee through BOP. | |
| 12-12-94 | | Received $25.00 partial assessment fee through BOP. | |
| 7-21-95 | 137 | Defendant's pro se motion in request of transcript of in-camera hearing. Referred to Judge Thompson. | |

Interval (per Section III)   Start Date / End Date   Ltr. Code   Total Days

| DATE | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE |
|---|---|---|
| 7-27-95 | 138 **ORDER** that the government show cause, if any there be, in writing by August 18, 1995, as to why defendant's motion in request of transcript of in-camera hearing should not be granted. (Copies mailed to defendant; furnished to: USA, USM, USPO, USPTS, Tim). | |
| 8-9-95 | 139 Defendant's motion for disclosure of Grand Jury minutes. Referred to Judge Thompson. | |
| 8-9-95 | 140 **ORDER** directing the government to show cause, in writing by 8/18/95, as to why the motion for disclosure of grand jury minutes should not be granted. (Copy mailed deft.; furn. USA.) | |
| 8-17-95 | 141 Defendant's **motion** for disclosure of impeaching evidence. Referred to Judge Thompson. | |
| 8-18-95 | 142 Government's **motion** for extension of time to respond to motions filed by petitioner Al Joseph Felder, Sr. Referred to Judge Thompson. **M/GRANTED 8/28/95.** | |
| 8-28-95 | 143 **ORDER** granting government's motion for extension of time to respond to motions filed by petitioner; that the Government show cause, if any there be, in writing by August 28, 1995, as to why the motion for disclosure of impeaching evidence should not be granted. (Copy mailed to petitioner; furnished to: USA, USM, USPO, Tim). | |
| 8-28-95 | 144 Government's **motion** for extension of time to respond to motion for disclosure of impeaching evidence. Referred to Judge Thompson. | |
| 8-28-95 | 145 Government's **response** to Order that the government show cause, if any there be, as to why petitioner's motion for disclosure of Grand Jury Minutes should not be granted. Referred to Judge Thompson. | |
| 8-28-95 | 146 Government's **response** to Order that the government show cause, if any there be, as to why petitioner's motion in request of transcript of in-camera hearing held on 1/17/91, should not be granted. Referred to Judge Thompson. | |
| 9-1-95 | 147 **ORDER GRANTING** motion for extension of time as requested by Govt.'s motion of 8/28/95. (Copy mailed petitioner; furn. USA.) | |
| 9-12-95 | 148 Defendant's motion for extension of time. Referred to Judge Thompson. | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) P13 |
|---|---|
| | (Document No.) |
| 9-19-95 | 149 Government's response to motion for disclosure of impeaching evidence. Referred to Judge Thompson. |
| 9-22-95 | 150 Satisfaction of Judgment as to Monetary Imposition. |
| 9-26-95 | 151 **ORDER** DENYING defendant's motion for transcript of in-camera hearing, motion for disclosure of Grand Jury minutes, and motion for disclosure of impeaching evidence; DENYING MOTION for extension of time. (Copy mailed deft.; furn. USA.) |
| 1-29-97 | 152 Defendant's pro se motion for disclosure of Grand Jury minutes or alter. motion for writ of Habeas Corpus. Referred to Judge Thompson. **M/FOR DISCLOSURE DENIED 1/30/97, OR M/WRIT OF HABEAS DENIED 1/30/97.** |
| 1-30-97 | 153 **ORDER** denying defendant's motion for disclosure of signed Grand Jury concurrence form; that there is nothing pending before the court that warrants disclosure of this information. (Copy mailed to defendant; furnished to: USA, USM, USPO, Tim). |
| 2-14-97 | 154 Defendant's pro se motion to reconsider court's order of 1/30/97. Referred to Judge Thompson. |
| 2-20-97 | 155 **ORDER** DENYING defendant's motion to reconsider as frivoulous. (Copy mailed deft.; furn. USA.) |
| 6-18-97 | 156 Defendant's (pro se) **motion** for explanation of nature of action against him. Referred to Judge Thompson. **M/DENIED 6/20/97** |
| 6-20-97 | 157 **ORDER** denying defendant's motion to the Clerk of the court, filed on June 18, 1997. (Copy mailed to: defendant; furnished to: USA, USM, USPO, USPTS). |
| 4-30-99 | 158 **Motion** requesting Chief Judge William H. Albritton, to give an Order to former attorneys to release case files and their case files containing information on the preparation of the criminal case, which they are holding illegally, which violated his first, fifth, sixth and eighth amendments. Referred to Judge Thompson. |
| 4-30-99 | 159 Plaintiff's (defendant Felder) **exhibits** to prove his claim against his private attorneys. Referred to Judge Thompson. (Exhibits 1 - 6). |
| 5-10-99 | 160 **ORDER** that the request that Judge Albritton issue Orders in this case is DENIED; that to the extent the motion requests that an Order be entered requiring the release of files and for any other relief, attorney Susan James is to show cause, if any there be, in writing within 14 days from the date of this Order as |

V. EXCLUDABLE DELAY (a) (b) (c) (d)

Interval (per Section II) | Start Date / End Date | Ltr Code | Total Days

**UNITED STATES DISTRICT COURT**
**CRIMINAL DOCKET** — U.S. vs FELDER, AL JOSEPH — 90-0027

AO 256A

P14

| DATE | PROCEEDINGS (continued) (Document No.) |
|---|---|
| cont..... | to why said request should not be granted. (Copy Faxed to Atty. Susan James; copy mailed to: Al Joseph Felder, Sr.,; furnished to: USA, USM, USPO, Tim). |
| 5-20-99 | 161 Response of Susan G. James to show cause order. Referred to Judge Thompson. |
| 5-26-99 | 162 **ORDER** DENYING petitioner's request for release of files and for other relief. (Copy mailed to petitioner; furn. USA.) |
| 6/16/99 | 163 **NOTICE OF APPEAL** by Al Joseph Felder, Sr. to the U.S. Court of Appeals, Eleventh Circuit from the order entered 5/26/99. (Copies mailed to Al Joseph Felder, Sr. with appeal information sheet, USA & certified copy to USCA with copy of order appealed from and docket entries.) |
| 6-16-99 | 164 Defendant's **Motion** for Leave to Appeal in Forma Pauperis (with Affidavit in Support attached). referred to Judge Thompson. |
| 6-17-99 | Notice of Appeal docketed and transmitted to USCA, 11th Cir. |
| 6/21/99 | 165 ORDER Denying petitioner's request for a Certificate of Appealability. (copiies mailed to Counsel, USCA; furn. USA) |
| 6/21/99 | 166 ORDER Denying petitioners request for a Motion to Proceed on Appeal In Forma Pauperis; and that the appeal in this cause be and it is hereby certified, as not taken in good faith. (copies mailed to Counsel, USCA; furn. USA) |
| 6-24-99 | USCA CASE No. 99-11784-J, Re: [163-1] appeal |
| 8/10/99 | Original Papers as to defendant sent per request of USCA, Eleventh Circuit. |
| 8-13-99 | Received acknowledgement of receipt of Original Papers from USCA, 11th Cir. |
| 9-3-99 | Original Papers as to defendant returned from USCA, Eleventh Circuit. |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

p15

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 9-23-99 | 167  Received certified copy of ORDER ON REMAND (rendered 9/22/99) of the U.S. Court of Appeals, Eleventh Circuit, remanding this appeal to the District Court, because the notice of appeal, was filed on June 16, 1999, is untimely because it was filed 21 days after the entry of the district court's May 26 order, that a remand, however, is approprate because Felder filed his within the additional time permitted for an extension under Federal Rule of Appellate Procedure 4(b)(4)., that accordingly, Felder may appeal if he establishes in the district court that his failure to file a timely notice of appeal was based on excusable neglect or good cause. (Before: TJOFLAT and EDMONDSON, Circuit Judges.) | | | | |
| 9-23-99 | Received correspondence from USCA, 11th Circuit, advising the District Court that JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH Circuit, that upon completion of remand proceedings, please probptly send a certified copy of ORDER ON REMAND accompanied by an updated indexed district court docket sheet. | | | | |
| 9-23-99 | Copy of REMAND & File forwarded to Judge Thompson. | | | | |
| 10-1-99 | 168  Defendant's **Request** that this Court Grant His Notice of Appeal filed June 16, 1999. (**with** Exhibits A thru C attached) referred to Judge Thompson. | | | | |
| 10-4-99 | 169  **ORDER** that defendant Al Joseph Felder, Sr., show cause, if any there be, in writing by October 18, 1999, as to why the deadline within which he was to file his notice of appeal should or should not be extended pursuant to Rule 4(b)(4) of the Federal Rules of Appellate Procedure. (Copies mailed to defendant, USCA; Furn: USA.) | | | | |
| 10/18/99 | 170  **ORDER** that the time for defendant to file his appeal should be, and is, extended for 30 days, with the result that the notice of appeal he filed on June 16, 1999, should be considered timely. The clerk of the court is DIRECTED to furnish a copy of this order to the Eleventh Circuit Court of Appeals. Copies mailed to USCA, Eleventh Circuit, Defendant and Furn: USA. | | | | |

Interval (per Section II)   Start Date End Date   Ltr Code  Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U.S. vs FELDER, AL JOSEPH

AO 256A

90-271-N-01
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 11/5/99 | Original papers as to Al Joseph Felder (3 Vols. of Pleadings and 1 Envelope of Transcripts) mailed to USCA, Eleventh Circuit per request of 11/4/99. | | | | |
| 11/30/99 | Received acknowledgment of receipt of record on appeal from (Original Papers) from USCA, Eleventh Circuit. | | | | |
| 3/13/00 | Original Papers as to Al Joseph Felder returned from USCA, Eleventh Circuit. | | | | |
| 3/13/00 | Received copy of order from USCA, Eleventh Circuit that the Appellant's motion for COA is DENIED as unnecessary as appellant is not appealing a final order in a proceeding under 2255. Appellant's motion to proceed on appeal in forma pauperis is DENIED as the appeal is frivolous. | | | | |
| 4/17/00 | Received copy of order from USCA, Eleventh Circuit that upon reconsideration of this Court's order dated March 10, 2000, a certificate of appealability is DENIED AS UNNECESSARY. Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED. Before: Birch and Carnes, Circuit Judges. | | | | |
| 5/4/00 | 171 Received ENTRY OF DISMISSAL from USCA, Eleventh Circuit issuing as the Mandate that this appeal is hereby dismissed for want of prosecution because appellant has failed to pay the $100 docketing and $5 filing fees ($105) to the district court clerk within the time fixed by the rules, effective this 1st day of May, 2000. For The Court - By Direction. | | | | |
| 12-10/03 | Defendant's MOTION pursuant to 28:2255 to Vacate Sentence filed in CA No. 03-T-1206-N. | | | | |
| 4-20-06 | 172 Defendant's Motion to Dismiss Indictment. Referred to Judge Myron Thompson. | | | | |
| 4-25-06 | ORDER denying defendant's motion to dismiss indictment to the extent that defendant seeks direct dismissal of the indictment; denying the motion without prejudice to the extent that defendant seeks to pursue 2255 relief; denying the motion to the extent that defendant objects to referral of his 2255 motion to Mag. Judge Coody; denying the motion to the extent that defendant Felder seeks any other relief or makes any other objections; (Copies mailed to defendant, furnished to USA) | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days