IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
FOR THE NORTHER DIVISION

7TH MAY -2 A 9 34

AL JOSEPH FELDER, SR.
            PETITIONER
        -V-                          CIVIL ACTION NO: <u>CV-03-T-1206</u>
UNITED STATES OF AMERICA             <u>CRIMINAL ACTION NO: CR-90-271-N</u>
            RESPONDENT

---

    Notice For An Interlocutory Appeal To The Eleventh Circuit Court
Of Appeals, From The Order Of The District Court, Dated April 25, 2006
Denying Petitioner's Motion To Dismiss Indictment In The Above Cause,
Due To A Jurisdictional Defect, Which Stripped The District Court Of
It's Power To Act In This Said Cause./Requesting A Leave To Proceed
In Forma Pauperis.

---

    Now Comes, the Petitioner Al Joseph Felder, Sr., by and through
pro-se to this Honorable Court giving notice to this Honorable Court
that petitioner is appealing every aspect of the denial of his motion
to dismiss indictment in this said cause by this Honorable District
Court on April 25, 2006.

    Petitioner is requesting a leave to proceed in forma pauperis,
the petitioner is unable to pay for this said cause, due to his paup-
eris status. Petitioner states that his interlocutory appeal to the
Eleventh Circuit Court Of Appeals is not frivolous, Petitioner states
that his petition regarding this interlocutory appeal is a jurisdict-
ional question for the Eleventh Circuit Court of Appeals to resolve.

                                    Respectfully Submitted,

                                    *Al Joseph Felder, Sr.*
                                    Al Joseph Felder, Sr.

SCANNED                                                    55

<u>CERTIFICATE OF SERVICE</u>

I, Al Joseph Felder, Sr., the petitioner in this said foregoing, on _April 29, 2006_, place a copy of this said foregoing in the prisoner's legal mailroom to be forward to the following:

UNITED STATES ATTORNEY LAURA CANARY
FOR THE MIDDLE DISTRICT OF ALABAMA
P.O. BOX 197
MONTGOMERY, ALABAMA 36101-0197

Respectfully Submitted

_Al Joseph Felder, Sr._
Al Joseph Felder, Sr.
# 163413
P.O. Box 56
Elmore, Alabama 36025

<u>Sworn Affidavit</u>

I, Al Joseph Felder, Sr., the petitioner in this said foregoing, swear under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the content of this foregoing is true and correct, to the best of my recollection.

_Al Joseph Felder, Sr._
Affiant

_James H. Lindsey Jr._        4-29-06        1/28/08 Elmore, Al.
Notary Public                  Date           Expiration of Commission

-2-