IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                                )
    v.                       )          CRIMINAL ACTION NO.
                                )          2:90cr271-MHT
AL JOSEPH FELDER, SR.,      )

ORDER

This cause is now before the court on defendant's notice of appeal (Doc. No. 175), which the court is treating as a motion for certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2). The court finds that the defendant has failed to make this showing.

Accordingly, it is ORDERED that defendant's motion for a certificate of appealability is denied.

DONE, this the 19th day of May, 2006.

          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE