IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:90cr271-MHT |
| **AL JOSEPH FELDER, SR.,** | ) | |

<u>ORDER</u>

Pursuant to the judgment (doc. no. 181) vacating the conviction on count 3 of the indictment, it is ORDERED that re-sentencing is set for June 22, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

The government is DIRECTED to arrange for the presence of defendant Al Joseph Felder, Sr.

DONE, this the 31st day of May, 2006.

                        /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE