IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NUMBER: 2:90-cr-271-MHT |
| | ) | |
| AL JOSEPH FELDER, SR. | ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN AND/OR KEEPER OF THE   STATON CORRECTIONAL FACILITY
                                   AT   ELMORE ALABAMA

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
      OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **AL JOSEPH FELDER, SR.**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom **2FMJ** of said Court, in the City of **MONTGOMERY**, on **JUNE 22, 2006**, at **10:00 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the 8 day of June, 2006.

*Unexecuted:*
*6/12/06 Released from Staton CF on 6/1/06 per Court Order from Escambia Co.*
*[signed] Brewer*

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: [signature]
Deputy Clerk

RECEIVED 2006 JUN 12 A 8:16 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

RETURNED AND FILED
JUN 13 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.