IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr No. 2:90cr271-MHT |
| ) | |
| AL JOSEPH FELDER, SR. ) | |

## ORDER

_____The Court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that the Federal Defender be and is hereby appointed to represent the defendant during the proceedings currently pending before the court.

DONE, this the 14th day of June, 2006.

                /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE