# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE             AT MONTGOMERY  ALABAMA

DATE COMMENCED  June 22, 2006              AT  11:30  A.M./P.M.

DATE COMPLETED  June 22, 2006              AT  1:59  A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           2:90-cr-271-MHT
        VS.

AL JOSEPH FELDER, SR.

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Terry Moorer | X | Atty Kevin Butler |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Nicole Birch, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:     RE-SENTENCING HEARING

| | |
|---|---|
| 11:30 a.m. | Re-Sentencing commenced. Parties heard re status of case. Court directs modification of proposed sentence. |
| 11:35 a.m. | Recess. |
| 1:50 p.m. | Re-Sentencing hearing resumes. Sentence imposed. Oral Order, during sentence imposition, granting parties' oral joint motion (off the record) for downward departure. |
| 1:59 p.m | Hearing concluded. |