IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 06-12911-D

UNITED STATES OF AMERICA,

                                      Plaintiff-Appellee,

versus

AL JOSEPH FELDER, SR.,

                                      Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

ORDER:

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983).

                                      /s/ Joel F. Dubina
                                 UNITED STATES CIRCUIT JUDGE