# United States Court of Appeals
For the Eleventh Circuit

No. 06-12911

District Court Docket No.
90-00271-CR-T-N

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Mar 22, 2007

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

AL JOSEPH FELDER, SR.,

    Defendant-Appellant.

---

Appeal from the United States District Court
for the Middle District of Alabama

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
APR 2 6 2007
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered: March 22, 2007
For the Court: Thomas K. Kahn, Clerk
By: Harper, Toni