IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:90cr271-MHT |
| AL JOSEPH FELDER, SR. | ) | |

<u>ORDER</u>

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on March 22, 2007, wherein the final order of this court made and entered herein on April 25, 2006 (Doc. no. 173), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on April 26, 2007, and received in the office of the clerk of this court on April 27, 2007 (Doc. no. 195), it is the ORDER, JUDGMENT, and DECREE of the court that the final judgment of this court made and entered on April 25, 2006 (Doc. no. 173) is continued in full force and effect.

DONE, this the 7th day of May, 2007.

                                                 /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**