PROB 12C
(7/93)

United States District Court

for

Middle District of Alabama

RECEIVED
2008 JUN 23 P 4:08

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Al Joseph Felder, Sr.            Case Number: 2:90cr271-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: April 19, 1991; June 22, 2006 (re-sentenced)

Original Offense: Possession with Intent to Distribute Cocaine Base (Count 1)
　　　　　　　　　Possession with Intent to Distribute Cocaine (Count 2)
　　　　　　　　　Possession and Use of a Firearm in Commission of Drug Offense (Count 3—conviction vacated on May 26, 2006)

Original Sentence: 196 months custody which consisted of 136 months on each of counts 1 and 2 to be served concurrently followed by 60 months on count 3 to be served consecutive to the terms in counts 1 and 2; 5 years supervised release on count 1 and 3 years supervised release on counts 2 and 3, all such terms to run concurrently

Amended Sentence: 136 months custody, consisting of 136 months on count 1 and 136 months on count 2, to be served concurrently. This sentence commenced on October 12, 1990 and has been served. The defendant served 60 months on count 3 which was later vacated and set aside; 5 years supervised release on count 1 and 3 years supervised release on count 2 to run concurrently

Type of Supervision: Supervised Release            Date Supervision Commenced: June 1, 2006

Assistant U.S. Attorney: Louis V. Franklin, Sr.            Defense Attorney: Kevin L. Butler

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1-- Mandatory Condition: "The defendant shall not commit another federal, state, or local crime." | On June 19, 2008, Felder was arrested by the Montgomery Police Department and charged with Unlawful Possession of Marijuana 2nd Degree and Unlawful Possession of a Controlled Substance (Crack Cocaine). |
| Viol. 2-- Mandatory Condition: "The defendant shall not unlawfully possess a controlled substance." | Subsequent to Felder's arrest for Unlawful Possession of a Controlled Substance, a field test was conducted on the substance which Felder had in his possession on June 19, 2008, and the result was a positive reaction for cocaine. |

PROB 12C
(7/93)

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be revoked.
[ ]  extended for _ years, for a total term of _ years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 23, 2008

/s/ Larry D. Turner
Larry D. Turner
United States Probation Officer

Reviewed and approved:   /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

Date