IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:90cr271-MHT |
| AL JOSEPH FELDER, SR. | ) | |

## ORDER

It is ORDERED that the motion to substitute counsel (Doc. No. 202) is granted.

DONE, this the 27th day of June, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE